**FELA HEARING LOSS CASES. MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE MARGOLIS.**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS E. BAKUTIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>02 CV 1877 (SRU) |
| MAURICE BARRETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03 CV 0180 (AWT) |
| DAVID BETRIX )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03 CV 0181 (WWE) |

1

| | | |
|---|---|---|
| MICHAEL BETTINI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 3:02 CV 2030 (RNC) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| ROBERT BLACK | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO.: 3:02 CV 1873 (AVC) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| THOMAS BYRNE, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.: 3:03 CV 0182 (CFD) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

2

| | |
|---|---|
| JAMES E. CAFFREY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>3:02 CV 1884 (CFD) |

| | |
|---|---|
| PAUL F. CIUZIO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 2032(JBA) |

| | |
|---|---|
| SAMUEL J. COMPO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 1675 (PCD) |

3

| | | |
|---|---|---|
| FRANK DiLORENZO | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 3:03 CV 0183 (AWT) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| RICHARD FANNING | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.:   3:02 CV 2034 (SRU) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| THOMAS FARLEY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 3:02 CV 2035 (WWE) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

4

| | | |
|---|---|---|
| ROBERT L. FUDA | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.:   3:02 CV 1678 (RNC) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| JOHN P. GEARY | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.:   3:02 CV 1679 (WWE) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| CLYDE GIBBS | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | IVIL ACTION |
| v. | ) | NO.:   3:02 CV 2037 (WWE) |
| | ) | |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

5

DENNIS INCONSTANTI                          )
                                            )
              Plaintiff,                     )
                                            )
v.                                          )        CIVIL ACTION
                                            )        NO.: 3:03 CV 0184 (JCH)
METRO-NORTH RAILROAD                         )
COMPANY, et al.                              )
                                            )
              Defendants.                    )
                                            )

THOMAS INFANTINO                            )
                                            )
              Plaintiff,                     )
                                            )
v.                                          )        CIVIL ACTION
                                            )        NO.:   3:02 CV 2038(GLG)
METRO-NORTH RAILROAD                         )
COMPANY, et al.                              )
                                            )
              Defendants.                    )
                                            )

JOHN F. JOHNSON, JR.                        )
                                            )
              Plaintiff,                     )
                                            )
v.                                          )        CIVIL ACTION
                                            )        NO.: 3:03 CV 0185 (GLG)
METRO-NORTH RAILROAD                         )
COMPANY, et al.                              )
                                            )
              Defendants.                    )
                                            )

6

| | | |
|---|---|---|
| CHARLES A. KANE | ) | |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 3:02 CV 1878 (CFD) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| KARL KAUTZ | ) | |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 3:02 CV 1874 (JBA) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| THOMAS KINIRY | ) | |
| | ) | |
|      Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.:  3:02 CV 01680 (JBA) |
| METRO-NORTH RAILROAD | ) | |
| COMPANY, et al. | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |

7

| | |
|---|---|
| FREDERICK N. KOVAL                )<br>)<br>        Plaintiff,            )<br>)<br>v.                                )<br>)<br>METRO-NORTH RAILROAD              )<br>COMPANY, et al.                   )<br>)<br>        Defendants.          )<br>——————————————) | CIVIL ACTION NO.:<br>3:02 CV 1879 (GLG) |
| RICHARD J. LASKEVITCH             )<br>)<br>        Plaintiff,            )<br>)<br>v.                                )<br>)<br>METRO-NORTH RAILROAD              )<br>COMPANY, et al.                   )<br>)<br>        Defendants.          )<br>——————————————) | CIVIL ACTION<br>NO.: 3:02 CV 1676 (GLG) |
| SIGISMONDO LOVERME,               )<br>)<br>        Plaintiff,            )<br>)<br>v.                                )<br>)<br>METRO-NORTH RAILROAD              )<br>COMPANY, et al.                   )<br>)<br>        Defendants.          )<br>——————————————) | CIVIL ACTION NO.:<br>3:02 CV 1880 (PCD) |

8

| | |
|---|---|
| HENRY MACKEY )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>     Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:02 CV 1881 (AWT) |
| JERRY D. PATTERSON, SR. )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>     Defendants. )<br>) | CIVIL ACTION NO.:<br>3:02 CV 1874 (JBA) |
| JOHN RAGGI )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>METRO-NORTH RAILROAD )<br>COMPANY, et al. )<br>)<br>     Defendants. )<br>) | CIVIL ACTION<br>NO.:   3:02 CV 1681 (GLG) |

9

PEDRO RODRIGUEZ                    )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          CIVIL ACTION
                                   )          NO.: 3:03 CV 0188 (JBA)
METRO-NORTH RAILROAD               )
COMPANY, et al.                    )
                                   )
          Defendants.              )
                                   )

EDWARD P. RUSSO                    )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          CIVIL ACTION
                                   )          NO.:   3:02 CV 1682 (JCH)
METRO-NORTH RAILROAD               )
COMPANY, et al.                    )
                                   )
          Defendants.              )
                                   )

ANTONIO P. SARTORI, JR.            )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          CIVIL ACTION
                                   )          NO.:   3:02 CV 2039(PCD)
METRO-NORTH RAILROAD               )
COMPANY, et al.                    )
                                   )
          Defendants.              )
                                   )

10

ALFRED C. SCHUMACHER        )
                                  )
        Plaintiff,        )
                                  )
v.                            )     CIVIL ACTION
                                  )     NO.: 3:02 CV 1875 (AHN)
METRO-NORTH RAILROAD        )
COMPANY, et al.               )
                                  )
        Defendants.      )
                                  )

JAMES R. SCOFIELD           )
                                  )
        Plaintiff,        )
                                  )
v.                            )     CIVIL ACTION
                                  )     NO.:   3:02 CV 1683 (JCH)
METRO-NORTH RAILROAD        )
COMPANY, et al.               )
                                  )
        Defendants.      )
                                  )

MICHAEL SELMONT           )
                                  )
        Plaintiff,        )
v.                            )     CIVIL ACTION NO.:
                                  )     3:02 CV 1677 (GLG)
METRO-NORTH RAILROAD        )
COMPANY, et al.               )
                                  )
        Defendants.      )
                                  )

11

| | |
|---|---|
| RICHARD STARR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:02 CV 1874 (JBA) |
| METRO-NORTH RAILROAD ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| TIMOTHY STRAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.:   3:02 CV 1683 (JCH) |
| METRO-NORTH RAILROAD ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| MILLARD J. SULLIVAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.:   3:02 CV 1684 (JCH) |
| METRO-NORTH RAILROAD ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

TIMOTHY SWEENEY                          )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )        CIVIL ACTION
                                         )        NO.:   3:02 CV 1872 (RNC)
METRO-NORTH RAILROAD                     )
COMPANY, et al.                          )
                                         )
              Defendants.                )
                                         )

LAWRENCE TRAMAGLINI                      )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )        CIVIL ACTION
                                         )        NO.: 3:02 CV 2040 (SRU)
METRO-NORTH RAILROAD                     )
COMPANY, et al.                          )
                                         )
              Defendants.                )
                                         )

JOSEPH WALZ                              )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )        CIVIL ACTION
                                         )        NO.:   3:02 CV 2041 (DJS)
METRO-NORTH RAILROAD                     )
COMPANY, et al.                          )
                                         )
              Defendants.                )
                                         )

13

```
ROBERT WEST                          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )       CIVIL ACTION
                                     )       NO.: 3:03 CV 0190 (AWT)
METRO-NORTH RAILROAD                 )
COMPANY, et al.                      )
                                     )
            Defendants.              )
                                     )
```

```
BILLY JOE WILSON                     )
                                     )
            Plaintiff,               )
                                     )
v.                                   )       CIVIL ACTION
                                     )       NO.: 3:02 CV 1876 (DJS)
METRO-NORTH RAILROAD                 )
COMPANY, et al.                      )
                                     )
            Defendants.              )
                                     )
```

14

Case 3:03-cv-00183-EBB    Document 27    Filed 12/17/2003    Page 15 of 17

ROBERT F. WRIGHT                    )
                                    )
              Plaintiff,            )
                                    )
v.                                  )       CIVIL ACTION
                                    )       NO.: 3:03 CV 0191 (RNC)
METRO-NORTH RAILROAD                )
COMPANY, et al.                     )
                                    )
              Defendants.           )
_____ )       December 10, 2003

DEFENDANTS', CONSOLIDATED RAIL CORPORATION AND AMERICAN
FINANCIAL GROUP, INC.'S, MOTION TO COMPEL PLAINTIFFS' RESPONSES TO
DEFENDANTS' REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR
SANCTIONS FOR FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY

The defendants, Consolidated Rail Corporation ("Conrail") and American Financial

Group ("American") hereby move, pursuant to Fed. R. Civ. P. 26(b), 37(a), 37(c) and L. Civ. R.

31, that this Honorable Court compel the above-referenced plaintiffs to respond to the

defendants' *Requests for Production of Documents*, and sanction the plaintiffs for failing to

make required disclosures, failing to cooperate in discovery and making false and misleading

disclosures. The defendants hereby certify that the defendants' counsel conferred in good faith

with the plaintiffs' counsel on November 12, 2003, and that the parties were unable to resolve

the issues discussed herein. See *Certification Pursuant to Fed. R. Civ. P. 37(a)* and *Local Rule

9(d)(2)* attached hereto. In support of this *Motion,* the defendants file their *Memorandum of*

**ORAL ARGUMENT REQUESTED**

15

*Law* herewith.

Respectfully submitted,
CONSOLIDATED RAIL CORPORATION and
AMERICAN FINANCIAL GROUP, INC.,
By their Attorneys,

_____

Michael B. Flynn, #ct21215
Lori A. McCarthy #ct19557
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253
(617)722-8254 (facsimile)

16

**CERTIFICATION**

      This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 10th day of December, 2003, to the following:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

                                      Lori A. McCarthy

G:\F & A\CASE FILES\CSX OCCUPATIONAL\HEARING LOSS\General Hearing Loss\Pleadings\Defs motion to compel rrpd.12.10.03.doc

17