FILED

2005 JAN 13 P 12: 50

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DILORENZO | : |
| Plaintiffs, | : |
| V. | : CIVIL ACTION NO. 3:03 CV 00183 (AWT) |
| METRO-NORTH RAILROAD COMPANY, CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL GROUP INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION | : <br> : <br> : <br> : JANUARY 10, 2005 <br> : <br> : |
| Defendants. | : |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 10, 2005

Susan B. Parzymieso, Esq. (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Frank A. DiLorenzo

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.171\appearancedilorenzo.wpd
205.171