UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| FRANK DiLORENZO, | CIVIL ACTION |
| Plaintiff | NO. 3:03CV00183 (AWT) |
| VS. | **FELA HEARING LOSS CASE.** |
| | **MAY BE FILD IN NEW HAVEN** |
| METRO-NORTH RAILROAD COMPANY, | **AS ORDERED BY** |
| | **MAGISTRATE JUDGE MARGOLIS** |
| Defendant | FEBRUARY 1, 2005 |

_____X

## PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

The plaintiff hereby moves to file an Amended Complaint in the instant action. The plaintiff seeks to amend the complaint to add a second cause of action alleging negligence pertaining to a traumatic noise event that occurred on or about May 1, 2002. Undersigned counsel conferred with Metro-North's attorney, Susan Parzymieso and she has no objection to the instant motion.

Wherefore, the plaintiff seeks permission to file the enclosed signed Amended Complaint, absent objection.

By his attorneys,

BY _____
Scott E. Perry (ct 17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06510
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 1st day of February, 2005, to Susan B. Parzymieso, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry