UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

FRANK DiLORENZO,                                       CIVIL ACTION

    Plaintiff                                               NO. 3:03CV00183 (AWT)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                            MARCH 27, 2006
_____X

**JOINT MOTION FOR TWO WEEK EXTENSION OF TIME
TO COMPLETE THE PARTIES' JOINT TRIAL MEMORANDUM**

The parties hereby move for a two week extension of time to complete their Joint Trial Memorandum (JTM) from March 31 to April 13, 2006. In support hereof they state the following:

1. This is the parties' first motion to extend the current JTM deadline.
2. A trial date has not been set.

3. In the last three weeks, undersigned counsel for the plaintiff was assisting his partner, Charlie Goetsch, in preparing a 85 page JTM and various motions in limine and responses for a wrongful death case which is currently being tried before Judge Dorsey.

4. Undersigned counsel for the defendant will be in California for depositions March 29 through March 31.

5. The parties need the additional time to properly complete a JTM in the above-captioned case.

WHEREFORE, the parties respectfully request an additional two weeks to complete their JTM up to and including April 13, 2006.

FOR THE PLAINTIFF,

BY _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH, & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

Received at: 2:12PM, 3/27/2006

03-27-2006  03:28PM  FROM-RYAN RYAN                          2033577915           T-546  P.002/007  F-723

                THE DEFENDANT,
                METRO-NORTH RAILROAD COMPANY

By: _____
    Susan B. Parzymieso, Esq., (CT 25301)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT  06905
    Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 27 day of March, 2005 to Susan Parzymieso, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry