UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DILORENZO : | |
| : | |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | CIVIL ACTION NO. 3:03 CV 00183 (AWT) |
| METRO-NORTH RAILROAD COMPANY : | |
| : | |
| Defendants. : | |

APRIL 13, 2006

**PARTIES' JOINT JURY CHARGES AND OBJECTIONS**
**EXHIBIT A**

     The undersigned Defendant, Metro-North Railroad Company, hereby submits Exhibit A to the Parties' Joint Jury Charges and Objections, which was sent under separate filing as part of the Parties' Joint Trial Memorandum, dated April 13, 2006. Exhibit A is a copy of the Jury Instructions from a recent hearing loss case, Kiniry v. Metro-North Railroad Company, No. 3:02cv1680 (JBA) (May 31, 2005, D. Conn.).

                    THE DEFENDANT,
                    METRO-NORTH RAILROAD COMPANY

By: _____
     Susan B. Parzymieso, Esq., (CT 25301)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT   06905
     Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Frank A. DiLorenzo

                    _____
                    Susan B. Parzymieso, Esq.

I:\Procases\205.171\exhibitjointjurychg.wpd
205.171