UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DILORENZO : | |
| : | |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | CIVIL ACTION NO. 3:03 CV 00183 (AWT) |
| METRO-NORTH RAILROAD COMPANY, : | |
| CONSOLIDATED RAIL CORPORATION : | |
| AND AMERICAN FINANCIAL GROUP : | |
| INC., f/k/a AMERICAN PREMIER : | |
| UNDERWRITERS, INC., f/k/a : | JULY 31, 2006 |
| PENN CENTRAL CORPORATION : | |
| : | |
| Defendants. : | |

## DEFENDANT METRO-NORTH RAILROAD COMPANY'S MOTION TO PRECLUDE PLAINTIFF'S EXPERT

The undersigned Defendant, Metro-North Railroad Company, pursuant to Federal Rules of Evidence 104 and 702, hereby moves to preclude the proffered testimony of the plaintiff's expert, Dr. J. Cameron Kirchner.

This motion is supported by a memorandum of law which is attached hereto.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY

By: _____
Charles A. Deluca, Esq., (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, a copy of the foregoing Motion to Preclude Plaintiff's Expert was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Charles A. Deluca, Esq.

I:\Procases\205.171\MotPrecludeExpert.wpd
205.171