UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. DILORENZO | : |
| Plaintiffs, | : |
| V. | : |
| | : CIVIL ACTION NO. 3:03 CV 00183 (AWT) |
| METRO-NORTH RAILROAD COMPANY, | : |
| CONSOLIDATED RAIL CORPORATION | : |
| AND AMERICAN FINANCIAL GROUP | : |
| INC., f/k/a AMERICAN PREMIER | : |
| UNDERWRITERS, INC., f/k/a | : JULY 31, 2006 |
| PENN CENTRAL CORPORATION | : |
| Defendants. | : |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, Metro-North Railroad Company, has manually filed Exhibits A through F which are referenced in Defendant Metro-North Railroad Company's Motion to Preclude Plaintiff's Expert.

These documents have not been filed electronically because:

[ ]    the document (or thing) cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 mb
[ ]    The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. ' 3006A]

[ X ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.
(Pursuant to Local Rules of Civil Procedure, ECF Procedures, Section IX, which states that the court has directed that medical records be filed in paper, without a PDF version on computer disk.)

These documents have been manually served on all parties.

                        THE DEFENDANT,
                        METRO-NORTH RAILROAD COMPANY

By: _____
      Charles A. Deluca, Esq., (CT 05255)
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT   06905
      Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Frank A. DiLorenzo

_____
Charles A. Deluca, Esq.

I:\Procases\205.171\NotManFiling.wpd
205.171