UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| FRANK DiLORENZO, | CIVIL ACTION |
| Plaintiff | NO. 3:03CV00183 (EBB) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | |

_____X

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

| PLAINTIFF, FRANK DiLORENZO | DEFENDANT, METRO-NORTH RAILROAD COMPANY |
|---|---|
| BY _____[signature]_____<br>Scott E. Perry (ct17236)<br>CAHILL, GOETSCH & MAURER, P.C.<br>43 Trumbull Street<br>New Haven, Connecticut 06510<br>(203) 777-1000 | BY _____[signature]_____<br>Susan B. Parzymieso (ct25301)<br>RYAN, RYAN, JOHNSON & DELUCA, LLP<br>80 Fourth Street, P.O. Box 3057<br>Stamford, Connecticut 06905<br>(203) 357-9200 |